# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154698

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN JEREL WILLIAMS,
      Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 154698
COA: 333960
Ingham CC: 09-000583-FC

On order of the Court, the application for leave to appeal the October 4, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk

d0619t